| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/9/2020 |

GANG CHEN,

                      Plaintiff,

      -against-

CHINA GREEN AGRICULTURE INC.;
ZHUOYU LI; YONGCHENG YANG,

                      Defendants.

20-CV-9232 (MKV)

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Zhuoyu Li and Yongcheng Yang. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   November 9, 2020
           New York, New York

                                                       *Mary Kay Vyskocil*
                                                    MARY KAY VYSKOCIL
                                                    United States District Judge