UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Before: The Honorable Judge May Kay Vyskocil

GANG CHEN,

                Plaintiff,

~ against ~

CHINA GREEN AGRICULTURE, INC.;
ZHUOYO LI; YONGCHENG YANG;
DAQING ZHU; KABANI & COMPANY, INC.;
KSP GROUP, INC.; ABDUL HAMID KABANI;
and JASLYN HUYNH *aka* JASLYN SELLERS,

                Defendants,

Index No. **1:20-cv-09232-MKV**

**NOTICE OF APPEARANCE**

To the Honorable Court and All Parties:

    **PLEASE TAKE NOTICE** that without waiver to any rights they hold or defenses available to them the Defendants **ABDUL HAMID KABANI** and **KABANI & COMPANY, INC.** hereby appear in the above-captioned matter and will be represented by their counsel, Baruch S. Gottesman, Esq.

DATED:    **MAY 31, 2021**

                                  RESPECTFULLY SUBMITTED,

**By:**    */s/ Baruch S. Gottesman*
                              BARUCH S. GOTTESMAN, ESQ.
                              New York Bar I.D. No. 4480539
                              185-12 Union Turnpike
                              Fresh Meadows, NY 11366
                              Phone: (212) 401-6910
                              e-mail: bg@gottesmanlegal.com
                              *Attorney for Defendants Abdul Hamid Kabani*
                              *and Kabani & Company, Inc.*

*Served via ECF on all appearing parties*