| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 6/8/2021 |
|---|---|
| GANG CHEN,<br><br>                          Plaintiff,<br><br>      -against-<br><br>CHINA GREEN AGRICULTURE, INC.,<br>ZHUOYU LI, and YONGCHENG YANG,<br><br>                        Defendants. | 1:20-cv-09232 (MKV)<br><br><u>SCHEDULING ORDER</u> |

MARY KAY VYSKOCIL, United States District Judge:

    Defendants Abdul Hamid Kabani and Kabani & Company, Inc. filed a letter seeking a pre-motion conference on an anticipated motion to dismiss Plaintiff's complaint. *See* Letter to Court, ECF No. 85. Plaintiff opposes the request. *See* Letter to Court, ECF No. 86. Defendants' request is GRANTED IN PART. No pre-motion conference on the anticipated motion will be held. Defendants' motion instead will be briefed on the following schedule.

    The motion to dismiss of Defendants Abdul Hamid Kabani and Kabani & Company, Inc. must be filed by June 22, 2021. Plaintiff's opposition to the motion must be filed by July 20, 2021. Defendants' reply must be filed by August 3, 2021.

    Any application to extend the deadlines herein must be filed at least 72 hours in advance of the deadline and must be based on good cause.

**SO ORDERED.**

Dated: June 8, 2021
       New York, New York

                                                        MARY KAY VYSKOCIL
                                                        United States District Judge